**DISMISS; and Opinion Filed May 20, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01065-CV**

**JIM PRUITT AND KENDA CULPEPPER, Appellants**
**V.**
**ROCKWALL CENTRAL APPRAISAL DISTRICT APPRAISAL REVIEW BOARD,**
**Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-1239**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Appellants' brief in this case is overdue. By postcard dated April 1, 2019, we notified appellants that the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that the failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181065F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JIM PRUITT AND KENDA CULPEPPER,
Appellants

No. 05-18-01065-CV     V.

ROCKWALL CENTRAL APPRAISAL
DISTRICT APPRAISAL REVIEW
BOARD, Appellee

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-17-1239.
Opinion delivered by Justice Pedersen, III,
Justices Whitehill and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ROCKWALL CENTRAL APPRAISAL DISTRICT
APPRAISAL REVIEW BOARD recover its costs, if any, of this appeal from appellants JIM
PRUITT AND KENDA CULPEPPER.

Judgment entered this 20th day of May, 2019.